# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LESTER BELL

NO.   2026 CW 0912

**AUGUST 5, 2026**

---

In Re:    Lester Bell, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 25910, 27624.

---

**BEFORE:    THERIOT, GREENE, AND EDWARDS, JJ.**

**WRIT DENIED.** The April 23, 2026 judgment denying relator's request for public records pursuant to La. R.S. 44:1, et seq., is a final appealable judgment. See La. Code Civ. P. arts. 1841 and 2083(A); see also **Johnson v. Stewart**, 55,631 (La. App. 2nd Cir. 7/17/24), 399 So.3d 57. An appeal of a final judgment is taken by filing a motion for appeal in the district court, along with an order for the judge's signature showing the return date of the appeal, within the delays set out in La. Code Civ. P. art. 2087. Filing documents directly with this court does not suspend the running of the appeal delays. **Strickland v. Layrisson**, 96-1280 (La. App. 1st Cir. 6/20/97), 696 So.2d 621, 624, writ denied, 97-1940 (La. 11/14/97), 703 So.2d 228.

MRT
HG
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT